UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS LAMONT WILLIAMS EL BEY,<br><br>Petitioner,<br><br>v.<br><br>JO GENTRY, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00259-MMD-WGC<br><br>ORDER |

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court dismisses this action because petitioner did not pay the filing fee, nor did he submit an application to proceed *in forma pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. A preliminary review of the petition indicates that a promptly commenced new action would not suffer any difficulties under the one-year time limit of 28 U.S.C. § 2244(d)(1).

Reasonable jurists would not find this conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that the Clerk of the Court send petitioner a blank form for an application to proceed *in forma pauperis* for incarcerated litigants.

It is further ordered that this action is dismissed without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial

certificate and a statement of his inmate account. The Clerk of the Court will enter judgment accordingly and close this action.

it is further ordered that a certificate of appealability is denied.

DATED THIS 9th day of May 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE